UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                         CASE NO.   07-15477-BKC-AJC
RICARY ARIAS

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 206.00 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

   Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

   WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date:   APR 29 2011

_____
NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

RICARY ARIAS
2601 SW 109 AVENUE
MIAMI, FL 33165

DESIREE CALAS-JOHNSON, ESQ.
782 NW 42 AVENUE
SUITE 447
MIAMI, FL 33126

UMLI/HOME VEST CAPITAL LLC
POB 60771
CHARLOTTE, NC 28260-0771

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE:<br>RICARY ARIAS | CASE NO.   07-15477-BKC-AJC |
| | CHAPTER 13 |
| RICARY ARIAS<br><br>2601 SW 109 AVENUE<br>MIAMI, FL 33165 | |
| DESIREE CALAS-JOHNSON, ESQ.<br>782 NW 42 AVENUE<br>SUITE 447<br>MIAMI, FL 33126 | |
| UMLI/HOME VEST CAPITAL LLC<br>POB 60771<br>CHARLOTTE, NC 28260-0771 | ---------$          206.00<br><br>UNDELIVERABLE/STALE<br>CLAIM REGISTER# S-1 |
| U.S. Trustee<br>51 S.W. 1st Avenue<br>Miami, Florida 33130 | |