UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  
RICARY ARIAS

CASE NO. 07-15477-BKC-AJC

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

```
U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-Miami

AUG 26 2011

FILED_____ RECEIVED_____
```

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $      .01 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

(  ) The trustee has a balance of $      .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: AUG 2 5 2011

NANCY N. HERKERT  
CHAPTER 13 TRUSTEE

Copies to:

RICARY ARIAS  
2601 SW 109 AVENUE  
MIAMI, FL 33165

DESIREE CALAS-JOHNSON, ESQ.  
782 NW 42 AVENUE  
SUITE 447  
MIAMI, FL 33126

HSBC BK USA  
% LEE C SCHMACHTENBERG, PA  
1533 SUNSET DR, STE 201  
CORAL GABLES, FL 33143-5700

U.S. Trustee  
51 S. W. 1st Avenue  
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                       CASE NO.   07-15477-BKC-AJC
RICARY ARIAS

CHAPTER 13

RICARY ARIAS

2601 SW 109 AVENUE
MIAMI, FL 33165


DESIREE CALAS-JOHNSON, ESQ.
782 NW 42 AVENUE
SUITE 447
MIAMI, FL 33126

HSBC BK USA                      ---------$           .01
%LEE C SCHMACHTENBERG, PA
1533 SUNSET DR, STE 201
CORAL GABLES, FL 33143-5700              UNDELIVERABLE/STALE
                                         CLAIM REGISTER# 6

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130